IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CR-2-11-173(1&2) |
| | : | JUDGE MARBLEY |
| v. | : | |
| ANTHONY C. BARRETT, | : | |
| HENRY B. MOORE, JR. | : | |
| Defendants. | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 18, 2011, this Court entered a Preliminary Order of Forfeiture, ordering the above-named Defendants Anthony C. Barrett and Henry B. Moore, Jr., to forfeit to the United States the Defendants' interest in the property subject to forfeiture in the forfeiture allegation of the Indictment pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c);

WHEREAS, for 30 consecutive days beginning October 26, 2011, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the

validity of their alleged legal interest in the property;

WHEREAS, on December 7, 2011, this Court held Defendant Anthony C. Barrett's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on December 13, 2011, issued its Judgment ordering Defendant Anthony C. Barrett to forfeit to the United States the property described herein. On December 2, 2011, this Court held Defendant Henry B. Moore, Jr.'s sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on December 13, 2011, issued its Judgment ordering Defendant Henry B. Moore, Jr., to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendants Anthony C. Barrett and Henry B. Moore, Jr., had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c) for violations of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(c) and (e) and 18 U.S.C. §2113(a) and (d);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

    a)     **A Ruger, Model Security-Six .357 caliber revolver, SN 158-26823;**

    b)    A Tanfoglio, Model TA76, .22 caliber revolver, SN: B67331; and,

    c)    **133 rounds of assorted ammunition.**

2. That the United States Marshals Service shall dispose of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

    **ORDERED** this _8_ day of _March_, 2012.

    _____
    HONORABLE ALGENON L. MARBLEY
    UNITED STATES DISTRICT COURT JUDGE